UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 6, 2004
2:00 p.m.

CASE NO. **3:02cv1923 MRK**    **Freelife International v Chae et al**

Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460


Steven P. Ciardiello
2840 Whitney Ave.
Hamden, CT 06518


Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460


STATUS CONFERENCE HELD          BY ORDER OF THE COURT
DATE: 1/6/04                    KEVIN F. ROWE, CLERK

10 min.