UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 12, 2004
4:15 p.m.

CASE NO. **3:02cv1923 MRK**    **Freelife International v Chae et al**

Richard J. Buturla
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

Steven P. Ciardiello
2840 Whitney Ave.
Hamden, CT 06518

STATUS CONFERENCE HELD

DATE:__2/12/04__

20 min.

Warren L. Holcomb
Berchem, Moses & Devlin, P.C.
75 Broad St.
Milford, CT 06460

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK