UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Freelife Intl, LLC

V.                              Case Number: 3:02cv1923 (MRK)

Chae, et al

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on April 14, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 14, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 15, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk